**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

FIONA A. BLAIR,

Plaintiff,

vs.

PRESIDENT AND FELLOWS OF HARVARD COLLEGE,

Defendant.

CIVIL ACTION FILE

NO. 1:24-cv-03379-MLB

## AMENDED JUDGMENT

This action having come before the court, Honorable Michael L. Brown, United States District Judge, for consideration of defendant's motion to dismiss, and the court having granted said motion, it is

**Ordered and Adjudged** that the action be, and the same hereby is, **DISMISSED WITHOUT PREJUDICE**.

Dated at Atlanta, Georgia, this 24th day of September, 2026.

KEVIN P. WEIMER
CLERK OF COURT

By: s/ P. Thompson
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
September 24, 2026
Kevin P. Weimer
Clerk of Court

By: s/ P. Thompson
Deputy Clerk